## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARK GORGE,              CASE NUMBER: 10-11474

        Plaintiff(s),          HONORABLE DENISE PAGE HOOD

v.

RAPID ADVANCE, LLC, et al.,

        Defendant(s).
_____/

### ORDER TO SHOW CAUSE

It is ordered that the DEFENDANT, RAPID ADVANCE, LLC shall <u>personally</u> appear before, United States District Judge Denise Page Hood, in **Court Room 237**, U. S. Courthouse, Detroit, Michigan, on **September 10, 2010** at **3:00 p.m.** , and show good cause why they should not be held in contempt for ***FAILURE TO ATTEND SCHEDULING CONFERENCE ON AUGUST 3, 2010.***.

Date: August 20, 2010              s/ DENISE PAGE HOOD
                                                     DENISE PAGE HOOD
                                                     UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated above, I caused a true copy of this order to be mailed to the following individual(s) at their last known address(es):

Lee Jundanian,
c/O Robert Selzer, Esq.,
Selzer, Gurvitch, Rabin and Obecny
4416 E. West Highway, Fourth Floor
Bethesda, MD 20814-4568

                                                                     s/ Wm. F. LEWIS
                                                                     Case Manager